UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OLD STANDARD LIFE INSURANCE COMPANY, in Rehabilitation,<br><br>        Plaintiff,<br><br>  vs.<br><br>PACIFIC INSURANCE COMPANY LTD., a foreign insurer and member of the Hartford Group of Insurance Companies,<br><br>        Defendant. | NO. CV-06-0239-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed April 20, 2007, (Ct. Rec. 46), the parties advised the court that the parties agree that the matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Accordingly, **IT IS ORDERED** the above-captioned matter is **DISMISSED with prejudice** and **without costs** or fees awarded to any party.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, strike all pending trial and hearing dates, distribute copies to counsel, and close the file.

**DATED** this   23rd   day of April 2007.

                               s/ Edward F. Shea
                              EDWARD F. SHEA
                UNITED STATES DISTRICT JUDGE

Q:\Civil\2006\0239.dismiss.wpd

ORDER -- 1